UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BILLY R. DOYLE, JR. | CIVIL ACTION NO. 19-00792 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| R. MEDLIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of written objections thereto, and after an independent review of the record, and having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that the Complaint filed in forma pauperis by pro se plaintiff Billy R. Doyle, Jr. shall be and is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is ordered to close this case.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 6th day of October, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT